
FRIEDMAN KAPLAN

**BONNIE M. BAKER**
bbaker@fklaw.com
212.833.1144

April 22, 2026

*Application GRANTED. The initial pretrial conference previously scheduled for May 6, 2026 is hereby ADJOURNED to **July 15, 2026 at 9:00 a.m**. The Clerk of Court is directed to terminate ECF No. 13.*

**VIA ECF**

*SO ORDERED.*

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1312

*April 22, 2026*

Re:     *Estate of Saul Offit by Its Executor, Marc Offit v. Financial Credit Investment III SPV-B (Cayman), L.P.*, No. 26-cv-666-JMF

Dear Judge Furman:

We are counsel to Defendant Financial Credit Investment III SPV-B (Cayman), L.P. ("Cayman") in the above-referenced action (the "Action") and we write with the consent of counsel for Plaintiff the Estate of Saul Offit by Its Executor, Marc Offit, ("Plaintiff") to respectfully request that the Court adjourn the initial pretrial conference originally scheduled for May 6, 2026 in light of Plaintiff's recent filing of an Amended Complaint in this Action.

On January 26, 2026, Plaintiff filed the original complaint in this Action (ECF 1), and on January 28, 2026, the Court issued an order stating that the initial pretrial conference would be held on May 6, 2026 at 9:00 a.m. (ECF 3.) Cayman was never served with the original complaint. On April 10, 2026, Plaintiff filed an amended complaint. (ECF 6.) That same day, Plaintiff reached out to Cayman's undersigned counsel and sought Cayman's agreement to waive service of the summons and amended complaint. Cayman consented thereafter and the Waiver of Service was filed on April 16; under its terms, Cayman has until July 9, 2026 to answer or move against the amended complaint. (ECF 8.)

Given that the Action is still in its earliest phase, Cayman believes that a May 6 initial pretrial conference would be premature and respectfully requests that the initial pretrial conference be adjourned until after July 9, 2026. No prior request for adjournment has been made and no deadlines in the Action have been set. As noted above, Plaintiff consents to this request.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

Bonnie M. Baker