UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF SAUL OFFIT, *by its Executor*, MARC OFFIT, Plaintiff, -v- FINANCIAL CREDIT INVESTMENT III SPV-B (CAYMAN), L.P., Defendant. | 26-CV-666 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

On July 9, 2026, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Although Plaintiff has already amended the complaint once as a matter of course, ECF No. 6, because leave to amend should be "freely" granted "when justice so requires," the Court grants Plaintiff leave to amend to address the issues raised in the motion to dismiss. Fed. R. Civ. P. 15(a)(2).

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **July 31, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendant files a new motion to dismiss or indicates that it relies on its previously filed motion

to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **July 31, 2026**. Defendant's reply, if any, shall be filed by **August 7, 2026**.

Finally, it is further ORDERED that the time of the initial pretrial conference scheduled for **July 15, 2026**, is hereby CHANGED to **3:00 p.m.** The call-in information remains the same.

SO ORDERED.

Dated: July 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge