COZEN O'CONNOR

August 21, 2026

Direct Dial No.: (215) 665-6918
mbleich@cozen.com

**BY CM/ECF**

The Honorable Jesse M. Furman
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1312

Re: Estate of Saul Offit by Its Executor, Marc Offit v. Financial Credit Investment III SPV-B (Cayman), L.P., No. 26-cv-666-JMF

Dear Judge Furman:

I represent Plaintiff, the Estate of Saul Offit, in this matter. In accordance with Paragraph 7(B) of Your Honor's Individual Rules and Practices in Civil Cases, the Estate respectfully requests permission to file in redacted form its Second Amended Complaint and the redline required by Paragraph 1(B). In accordance with Paragraph 7(C)(iii), the Estate is contemporaneously (i) filing publicly copies of both documents implementing the proposed redactions and (ii) filing under seal unredacted copies of those documents with the proposed redactions highlighted.

The Estate makes this request not because it believes that the proposed redactions are warranted under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) but rather because the proposed redacted material quotes from or refers to documents produced by Defendant and designated by Defendant as confidential under the protective order entered in this case. In accordance with Paragraph 7(C)(i) of Your Honor's Individual Rules and Practices, I identified for Defendant's counsel the portions of the confidentially-designated materials that the Estate intended to quote or reference in its Second Amended Complaint, and in response Defendant's counsel advised that all such quotations and references should be filed under seal. Also in accordance with Paragraph 7(c)(i), I will notify Defendant's counsel today that Defendant must file, within three business days, a letter explaining the need to redact these documents.

I thank the Court for its attention to this letter motion.

---

Respectfully submitted,

*/s/ Matthew Bleich*

Matthew Bleich (*Pro Hac Vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mbleich@cozen.com

*Counsel for Plaintiff, Estate of Saul Offit*

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 33.

SO ORDERED.

August 21, 2026