UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ESTATE OF SAUL OFFIT, *by its Executor*, MARC OFFIT,

Plaintiff,

-v-

FINANCIAL CREDIT INVESTMENT III SPV-B (CAYMAN), L.P.,

Defendant.

---------------------------------------------------------------------X

26-CV-666 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

In light of Defendant's new motion to dismiss, *see* ECF No. 39, Defendant's earlier motion to dismiss filed at ECF No. 18 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 9, 2026**. Defendant's reply, if any, is due by **October 16, 2026**.

Additionally, Defendant's motion to seal, *see* ECF No. 44, is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF Nos. 18 & 44.

SO ORDERED.

Dated: September 28, 2026
New York, New York

JESSE M. FURMAN
United States District Judge