COZEN O'CONNOR

October 9, 2026

Direct Dial No.: (215) 665-6918
mbleich@cozen.com

**BY CM/ECF**

The Honorable Jesse M. Furman
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007-1312

Re: Estate of Saul Offit by Its Executor, Marc Offit v. Financial Credit Investment III SPV-B (Cayman), L.P., No. 26-cv-666-JMF

Dear Judge Furman:

I represent Plaintiff, the Estate of Saul Offit, in this matter. In accordance with Paragraph 7(B) of Your Honor's Individual Rules and Practices in Civil Cases, the Estate respectfully requests permission to file in redacted form its Opposition to Defendant's Motion to Dismiss the Second Amended Complaint. In accordance with Paragraph 7(C)(iii), the Estate is contemporaneously filing publicly a redacted version of the document and filing under seal the unredacted version of the document with the proposed redactions highlighted.

The Estate makes this request because the proposed redacted material quotes from or refers to documents produced by Defendant and designated by Defendant as confidential under the protective order entered in this case.

I thank the Court for its attention to this letter motion.

Respectfully submitted,

*/s/ Matthew Bleich*

Matthew Bleich (*Pro Hac Vice*)
COZEN O'CONNOR
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mbleich@cozen.com

*Counsel for Plaintiff, Estate of Saul Offit*

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF No. 50.

SO ORDERED.

October 13, 2026