FRIEDMAN
KAPLAN

**JAMUNA KELLEY**
jkelley@fklaw.com
212.833.1196

October 16, 2026

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 2510
New York, New York 10007-1312

Re: *Estate of Saul Offit by Its Executor, Marc Offit v. Financial Credit Investment III SPV-B (Cayman), L.P.*, No. 26-cv-666-JMF

Dear Judge Furman:

We are counsel to Defendant Financial Credit Investment III SPV-B (Cayman), L.P. ("Defendant" or "Cayman") in the above-referenced action (the "Action"). We write, on behalf of Defendant and pursuant to Paragraphs 7(C)(ii) and (iii) of Your Honor's Individual Rules and Practices in Civil Cases ("Rules"), to respectfully request permission to file in redacted form the Reply Memorandum of Law in Support of Financial Credit Investment III SPV-B (Cayman), L.P.'s Motion to Dismiss the Second Amended Complaint for Lack of Personal Jurisdiction ("Defendant's Reply Memorandum of Law"). In accordance with Paragraphs 7(C)(ii) and (iii) of Your Honor's Rules, contemporaneously with this letter-motion, we are: (i) publicly filing a copy of Defendant's Reply Memorandum of Law implementing the proposed redactions, and (ii) filing under seal a copy of Defendant's Reply Memorandum of Law with the proposed redactions highlighted.

Your Honor previously issued Orders temporarily granting Cayman's motion to seal and redact portions of its moving brief and accompanying exhibits (*see* ECF 44, 48) and granting Plaintiff's motion to seal and redact portions of its opposition brief (*see* ECF 54). As with these previous requests to seal, the instant request arises because Defendant's Reply Memorandum of Law excerpts and cites to the Cayman Partnership and Management Agreements ("the Agreements") that Cayman produced pursuant to the Court's direction at the July 15, 2026 case management conference (ECF No. 28). Cayman marked the Agreements as "Confidential" pursuant to the protective order entered in this case (*see* ECF No. 32).

We thank the Court for its consideration of the matter.

Respectfully submitted,

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

s/ Jamuna D. Kelley
Steven M. Pesner, P.C.
Jamuna D. Kelley, Esq.
Bonnie M. Baker, Esq.
7 Times Square
New York, NY 10036-6516
spesner@fklaw.com
jkelley@fklaw.com
bbaker@fklaw.com

*Attorneys for Defendant Financial Credit Investment III SPV-B (Cayman), L.P.*

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion.

The Clerk of Court is directed to terminate ECF No. 55.

SO ORDERED.

October 19, 2026